ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN R. THOMAS CBN 80745
VALERIE L. MAKAREWICZ CBN 229637
Assistant United States Attorneys
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, CA  90012
  Telephone:  (213) 894-2740
  Facsimile:  (213) 894-0115

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROTHWELL, LTD., a Cayman Islands Corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | No. SA CV 10-479 RGK (FFMx)<br><br>[~~PROPOSED~~] JUDGMENT IN FAVOR OF UNITED STATES OF AMERICA |

On April 19, 2010, plaintiff Rothwell, Ltd. filed a complaint against defendant United States of America for wrongful levy pursuant to 26 U.S.C. § 7426.  A bench trial was held on June 14, 2011, concluding on June 16, 2011.  On June 30, 2011, the Court issued an "Order RE: Court Trial," wherein the Court granted judgment in favor of defendant United States of America and against plaintiff Rothwell, Ltd. on plaintiff's claim for wrongful levy pursuant to 26 U.S.C. § 7426.

Based on all of the pleadings filed by the parties in connection with this case, the trial of this case, the Court's

"Order RE: Court Trial" issued on June 30, 2011, and on all matters that are properly part of the record in this proceeding, and good cause appearing therefor,

**IT IS ORDERED, ADJUDGED, and DECREED that**

1. Plaintiff Rothwell, Ltd. is the nominee of Joseph R. Francis, holding its assets as a nominee for Joseph R. Francis, including its securities account with Morgan Stanley in Irvine, California.

2. The Internal Revenue Service levy, served upon Morgan Stanley on November 6, 2009, for the funds held in Rothwell, Ltd.'s securities account, was not wrongful pursuant to 26 U.S.C. § 7426.

3. The Court hereby grants judgment in favor of defendant United States of America and against plaintiff Rothwell, Ltd. on plaintiff's claim for wrongful levy pursuant to 26 U.S.C. § 7426.

4. Plaintiff Rothwell Ltd.'s complaint, filed on April 19, 2010, is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

DATED: July 11, 2011

_____
Hon. R. Gary Klausner
United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorney for United States of America